Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JAN 28 2009

**FILED**

UNITED STATES OF AMERICA

v.

Crim. No. 06-CR-149-01-PB

Lee Ann Lowney

On February 12, 2007 the above named was placed on Supervised Release for a period of three years. She has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Lee Ann Lowney be discharged from Supervised Release.

Respectfully submitted,

_____
Matthew J. DiCarlo
U.S. Probation Officer Assistant

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 28th day of January, 2009.

_____
Paul J. Barbadoro
U.S. District Judge